UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE CHESAPEAKE LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                             Case No. 18-C-643

GATHEL D. PARKER, *et al.*,

    Defendants.

## ORDER GRANTING MOTION TO DISBURSE FUNDS
## FROM THE COURT REGISTRY

This interpleader action addressed the allocation of proceeds from a whole-life insurance policy purchased by Daniel Parker in 2008 from Plaintiff, The Chesapeake Life Insurance Company. The case was transferred to this court on April 23, 2018, from the Southern District of Mississippi pursuant to 28 U.S.C. § 1404(a). ECF No. 26. Prior to transferring the case, the district court in Mississippi granted Plaintiff's motion to deposit $19,658.00 into the court's registry and dismissed Plaintiff from the case. ECF Nos. 15, 17, 25.

On August 31, 2018, this court entered a Findings of Fact, Conclusions of Law and Order for Judgment, ECF [34], and Judgment, ECF [35], in favor of Defendant Jessica D. Parker, directing the Clerk pay the proceeds within 30 days unless an appeal was taken. A Notice of Appeal was filed by Connie Skenandore on September 28, 2018, but dismissed by the Court of Appeals via a Mandate filed November 16, 2018. The Judgment is, therefore, final and the Clerk is directed to distribute the funds as directed.

**SO ORDERED** this __16th__ day of January, 2019.

                                                      s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court